UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. 3:09-00188 |
| RHONDA WARREN, | ) | CHIEF JUDGE TODD J. CAMPBELL |
| | ) | Magistrate Juliet E. Griffin |
| Defendant, | ) | |
| | ) | |
| OLE SOUTH HOLDINGS, INC. | ) | |
| | ) | |
| Garnishee. | ) | |

## DISPOSITION ORDER IN GARNISHMENT

This matter is before the Court for consideration of the entry of a disposition order in garnishment pursuant to Section 3205(c)(7) of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §3205, against the non-exempt property of the Judgment Defendant, Rhonda Warren.

An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to the Garnishee has been duly issued and served upon the Garnishee. (D.E. 53) Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to the Defendant, in the form of monies held in an employee stock ownership program. (D.E. 61) The Defendant was served with a copy the Writ of Garnishment and notified of her right to a hearing. (D.E. 54) The defendant did not request a hearing.

Whereupon the Court, having considered the Application for a Writ of Garnishment against the property of the defendant, the Answer of the Garnishee, and noting that the Defendant

did not request a hearing, now finds that the entry of a disposition order of garnishment is in all respects proper.

IT IS THEREFORE ORDERED that the Garnishee pay into the hands of the United States District Court Clerk, the identified monies belonging to the Defendant held in the employee stock ownership program.

IT IS FURTHER ORDERED THAT the United States apply these monies to the unpaid balance of the original judgment in this cause, giving the Defendant the credit for same.

Checks should be made payable to:

U.S. DISTRICT COURT CLERK

and mailed to:

Clerk, U.S. District Court
United States Courthouse
801 Broadway, 8th Floor
Nashville, TN 37203

DATED: April 19, 2012

_____
JULIET E. GRIFFIN
United States Magistrate Judge

Copies to:

Steve Jordan
Assistant United States Attorney
United States Attorney's Office
110 9th Avenue South, Suite A-961
Nashville, TN 37203

Ole South Holdings, Inc.
201 East Main Street
3rd Floor
Murfreesboro, TN 37130

Rhonda Warren
#19179-075
FPC Alderson
Glen Ray Road Box A
Alderson, WV, 24910

Jeff Reed, Esq.
Cope, Hudson, Reed & McCreary, PLLC
16 Public Square North
Murfeesboro, TN 37130