UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No. 3:09-00188 |
| RHONDA WARREN, | ) | CHIEF JUDGE TODD J. CAMPBELL |
|  | ) | Magistrate Juliet E. Griffin |
| Defendant, | ) | |
| JOHN HANCOCK, | ) | |
| Garnishee. | ) | |

## DISPOSITION ORDER IN GARNISHMENT

This matter is before the Court for consideration of the entry of a disposition order in garnishment pursuant to Section 3205(c)(7) of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §3205, against the non-exempt property of the Judgment Defendant, Rhonda Warren.

An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to the Garnishee has been duly issued and served upon the Garnishee. (D.E. 55) Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to the Defendant in the form of a 401(K) Profit Sharing Plan, specifically Group Contract Number 12531. The Defendant was served with a copy the Writ of Garnishment and notified of her right to a hearing. (D.E. 56) The Defendant did not request a hearing.

Whereupon the Court, having considered the Application for a Writ of Garnishment against the property of the defendant, the Answer of the Garnishee, and noting that the defendant

did not request a hearing, now finds that the entry of a disposition order of garnishment is in all respects proper.

IT IS THEREFORE ORDERED that the Garnishee pay into the hands of the United States District Court Clerk, the identified monies belonging to the Defendant held in the 401(K) Profit Sharing Plan, Contract Number 12531.

IT IS FURTHER ORDERED THAT the United States apply these monies to the unpaid balance of the judgment in this cause, giving the Defendant credit for same.

Checks should be made payable to:

U.S. DISTRICT COURT CLERK

and mailed to:

Clerk, U.S. District Court
United States Courthouse
801 Broadway, 8th Floor
Nashville, TN  37203

DATED: April 19, 2012

_____
JULIET E. GRIFFIN
United States Magistrate Judge

Copies to:

Steve Jordan
Assistant United States Attorney
United States Attorney's Office
110 9th Avenue South, Suite A-961
Nashville, TN  37203

Rukhsana Kousar
Legal Specialist, US Division Law
John Hancock Life Insurance Company (USA)
200 Bloor Street East, ST-7
Toronto, Ontario M4W 1E5

Rhonda Warren
#19179-075
FPC Alderson
Glen Ray Road Box A
Alderson, WV, 24910